# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Adrian Martin ELVIRA, <br><br> Defendant. | Case No.: '21 MJ1750 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21 U.S.C. §§ 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about May 4, 2021, within the Southern District of California, Adrian Martin ELVIRA, did knowingly and intentionally import approximately 21.88 kilograms (48.13 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th of May 2021.

HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On May 4, 2021, at approximately 8:40 PM, Adrian Martin ELVIRA, ("ELVIRA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #6. ELVIRA was the driver, sole occupant, and registered owner of a 2012 Volkswagen Passat ("the vehicle") bearing California license plate.

A Customs and Border Protection (CBP) Canine Enforcement Team was conducting pre-primary operations when the Narcotic and Human Detection Dog alerted to the fuel tank of the vehicle.

A Customs and Border Protection Officer (CBPO) received a negative Customs declaration from ELVIRA. ELVIRA stated he was crossing the border to go to San Diego, California. During the inspection, the CBPO noticed tampering and scratches around the sending unit.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the fuel tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 60 packages concealed in the fuel tank of the vehicle, with a total approximate weight of 21.88 kgs (48.13 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

ELVIRA was placed under arrest at approximately 10:14 PM.

ELVIRA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.